**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**No. 21-6696**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TOMMY ADAMS, JR.,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. R. Bryan Harwell, Chief District Judge.  (4:18-cr-00520-RBH-1)

Submitted:  February 17, 2022                     Decided:  February 22, 2022

Before AGEE and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tommy Adams, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tommy Adams, Jr., appeals the district court's text order denying his second motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), denying his motion for reconsideration of the denial of his first compassionate release motion, and denying his motion to appoint counsel. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Adams' informal brief does not challenge the bases for the district court's dispositions, he has forfeited appellate review of the district court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*